IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:10-cv-336-FL

| | |
|---|---|
| THOMAS J. MANLEY,<br><br>    Plaintiff,<br><br>    v.<br><br>AIR CANADA, INC.,<br><br>    Defendant. | ORDER<br>Fed. R. Civ. P. 26 (c) and (f); LR 26.1(e)(2) |

THIS MATTER COMES BEFORE THE COURT on defendant Air Canada's consent motion to stay the initial attorneys' conference and subsequent discovery activities. Plaintiff Thomas J. Manley has consented to the motion. Good cause having been shown, IT IS ORDERED that the requirements for an initial attorney conference and subsequent discovery activities are hereby stayed until 21 days after the Court decides Air Canada's motion to dismiss for lack of personal jurisdiction.

This __13th__ day of October, 2010.

_____
The Honorable Louise W. Flanagan
Chief United States District Judge